IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>APPROXIMATELY $79,527.22 IN U.S. CURRENCY,<br><br>        Defendant. | 2:25-CV-00721-DC-JDP<br><br>FINAL JUDGMENT OF FORFEITURE |

      On August 5, 2025, Plaintiff United States filed a request for final judgment of forfeiture and attached as an exhibit a stipulation entered into between Plaintiff and potential claimant Mario Naranjo Gonzalez for the entry of a final judgment of forfeiture in this action. (Doc. No. 11.)

      Pursuant to the Request for Final Judgment of Forfeiture filed herein, the Court finds:

      1.    This is a civil action *in rem* against Defendant Approximately $79,527.22 in U.S. Currency (hereafter "Defendant Currency") seized on October 15, 2021.

      2.    A Verified Complaint for Forfeiture *In Rem* was filed on February 28, 2025 (hereafter "Complaint"). The Complaint alleged that the Defendant Currency is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6).

      3.    On or about March 12, 2025, the Clerk issued a Warrant for Arrest for the Defendant Currency, and that warrant was executed on March 18, 2025.

4. Beginning on March 22, 2025, the United States published Notice of the Forfeiture Action on the official internet government forfeiture site www.forfeiture.gov. A Declaration of Publication was filed on April 21, 2025. On April 23, 2025, the United States republished Notice of the Forfeiture Action with the correct case number on the official internet government forfeiture site www.forfeiture.gov. An *Amended* Declaration of Publication was filed on May 28, 2025.

5. In addition to the public notice on the official internet government forfeiture site, www.forfeiture.gov, actual notice or attempted notice was given to the following individual:

   a. Mario Naranjo Gonzalez.

6. No parties have filed claims or answers in this matter, and the time in which any person or entity may file a claim and answer has expired.

7. On February 27, 2025, pursuant to a Stipulation for Final Judgment of Forfeiture, potential claimant Mario Naranjo Gonzalez agreed to forfeit all of his right, title, and interest in the Defendant Currency pursuant to 21 U.S.C. § 881(a)(6), to be disposed of according to law. That Stipulation is attached as Exhibit A to the Request for Final Judgment of Forfeiture.

Based on the above findings, and the files and records filed in this action, the court orders as follows:

1. Judgment is hereby entered against potential claimant Mario Naranjo Gonzalez and all other potential claimants who have not filed claims in this action.

2. All right, title, and interest of Mario Naranjo Gonzalez in the Approximately $79,527.22 in U.S. Currency, together with any interest that may have accrued, shall be forfeited to the United States pursuant to 21 U.S.C. § 881(a)(6), to be disposed of according to law.

3. The United States and its servants, agents, and employees and all other public entities, their servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the seizure or forfeiture of the Defendant Currency. This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said seizure or forfeiture of the Defendant Currency, as well as to those now known or disclosed. Mario Naranjo Gonzalez waived the provisions of California Civil Code § 1542.

/////

4. All parties are to bear their own costs and attorney's fees.

5. The court retains jurisdiction to enforce the terms of this Final Judgment of Forfeiture.

IT IS SO ORDERED.

Dated: **August 11, 2025**

Dena Coggins
United States District Judge